■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL A. RIMMEN, Appellant. [683 NYS2d 449] —Judgment unanimously affirmed (*see, People v Hidalgo*, 91 NY2d 733). (Appeal from Judgment of Niagara County Court, Fricano, J.— Burglary, 2nd Degree.) Present—Denman, P. J., Green, Hayes, Balio and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CURTIS WHITEHEAD, Appellant. [682 NYS2d 368] —Judgment unanimously affirmed for reasons stated in decision at Onondaga County Court, Mulroy, J. (Appeal from Judgment of Onondaga County Court, Mulroy, J.—Criminal Possession Controlled Substance, 3rd Degree.) Present—Denman, P. J., Green, Hayes, Balio and Boehm, JJ.